**James DORING, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48338.

Missouri Court of Appeals,
Western District.

March 29, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the dismissal of his Rule 24.035 motion without an evidentiary hearing.

Affirmed.    Rule 84.16(b).